**No. 44122.**—Protest 914669–G of Wm. Shaland (New York).

Opinion by Evans, J. Four witnesses were called by the importer and two by the defendant. The kazoo part consists of a thin metal tube upon which is surmounted a perforated disk beneath which appears to be a piece of thin paper, and in use the operator is supposed to hum or sing a tune through this tube which, in turn, causes the paper to vibrate and it adds a quality to the tone because of the extra vibration that would not be present if the tune were hummed or the words spoken away from the tube. This tube has been inserted in a round, cylindrical, decorated bowl which may or may not perform some function which affects the tone that comes from the kazoo. It was stipulated by counsel that Exhibit 1 (the article in question) is made entirely of metal. On the record presented the protest was sustained as to the metal kazoos only.

BEFORE THE FIRST DIVISION, JULY 22, 1940

**No. 44123.**—Protest 810369–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that the rubber balls in question are identical in all respects to those involved in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) the claim at 30 percent under paragraph 1502 was sustained.

**No. 44124.**—Protest 26794–K of M. Pressner & Co. (New York).

Opinion by Tilson, J. It was stipulated that the squawker ballons in question are composed in part of bamboo and are similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 44125.**—Protest 835779–G of M. Pressner & Co. (New York).

Opinion by Tilson, J. It was stipulated that the squawker balloons in question are composed in part of bamboo and are similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.